| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: Eastern District of Wisconsin | |
| Case number *(if known)* _____ Chapter 7 | ☐ Check if this an amended filing |

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 11

**Part 2: Identify the Debtor**

2. **Debtor's name**   Gear 'N Up Bike Shop, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   26-4477353
   EIN

5. **Debtor's address**

   **Principal place of business**
   1276 W. Winneconne Ave.
   Number    Street

   Neenah          WI    54956
   City            State  Zip Code

   Winnebago
   County

   **Mailing address, if different**
   Number    Street
   P.O. Box
   City    State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number    Street
   City    State    Zip Code

6. **Debtor's website** (URL)   www.gearnup.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify:

8. **Type of debtor's**   *Check one:*

| Debtor | Gear 'N Up Bike Shop, LLC | Case number *(if known)* | |
|---|---|---|---|

business

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue** *Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jacob and Joyce Paltzer | | $ 37,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 37,000.000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4 Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Debtor | **Gear 'N Up Bike Shop, LLC** | Case number *(if known)* | |
|---|---|---|---|

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Jacob and Joyce Paltzer**
Name

**2711 N. Kirkland Court**
Number    Street

**Appleton**              **WI**    **54911**
City                      State     Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                      State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **6/20/2023**
               MM / DD / YYYY

*/s/ Jacob Paltzer; /s/ Joyce Paltzer*
Signature of petitioner or representative, including representative's title

**Attorney John W. Menn**
Printed name

**Steinhilber Swanson LLP**
Firm name, if any

**107 Church Avenue**
Number    Street

**Oshkosh**              **WI**    **54901**
City                     State    Zip Code

Contact phone  **920-235-6690**   Email  **jmenn@steinhilberswanson.com**

Bar number   **1073739**

State   **WI**

*/s/ John W. Menn*
Signature of attorney

Date signed    **6/20/2023**
               MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Case 23-22772    Doc 1    Filed 06/20/23    Page 3 of 3